UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| JILLYNDA J. SPRAGUE and CRYSTAL D. ALLEN | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 2:05 CV 72 DDN ) |
| MOBERLY REGIONAL MEDICAL CENTER, | ) ) ) |
| Defendant. | ) |

### ORDER OF DISMISSAL

Pursuant to the Stipulation for Dismissal filed by Plaintiffs and Defendant (Doc. 56), and the court having found that the parties have settled this action in good faith,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice with each party bearing her and its own costs.

/S/ David D. Noce
**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**

Signed on June 5, 2007.